Michael Strausbaugh

Reg.No. 69878-067

United States Penitentiary, Tucson

Post Office Box 24550

Tucson, Arizona 85734

FILED
HARRISBURG, PA
JAN 29 2018
Per _____
Deputy Clerk

United States District Court

Middle District of Pennsylvania

228 Walnut St.

Harrisburg, Pennsylvania 17108

January 19, 2018

Re: Strausbaugh v. Greentree Servicing LLC. et al.

　　Case No. 1:15-CV-001433-CCC

Dear Court Clerk,

　　I am writing to inform you that I have returned to USP Tucson from my Federal Writ. Can you please update the docket to reflect my new address as listed above.

　　While out on Writ I did not receive any orders or paperwork from the Court, therefore, I am unaware if the Judge granted the temporary stay filed November 2017. Can you please send an updated copy of the Docket, however, I will ask that any stay continue until my paperwork catches up with me over the next few weeks, or ask the Court to set a new reply date to allow time for me to receive paperwork and time to reply.

　　Additionally, can you send me a signed subpoena duces tecum pursuant to Fed.R.C.P. 45(a)(3) for the purpose of

obtaining an address for Defendant James Anthony that is in control of Defendant KML Law Group P.C.

Respectfully,

Michael Strausbaugh

Michael Stumbaugh 69878-067
United States Penitentiary Tucson
PO Box 24550
Tucson, AZ 85734

Legal Mail

USMS X-RAY

RECEIVED HARRISBURG, PA
JAN 29 2018
Per _____ Deputy Clerk

⇔69878-067⇔
Us Distirct Court
Middle District Of PA
228 Walnut
Harrisburg, PA 17108
United States

PHOENIX AZ 852
24 JAN 2018 PM 10 L

17108-258699